UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRENDIN SCHRADER, BRANDON HARTWICK, ZACHARY HERLACHE, TYLER PAPALE, and GEOFFREY STARNES, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALL FLORIDA WEATHERPROOFING INCORPORATED, ALL FLORIDA WEATHERPROOFING & CONSTRUCTION INCORPORATED, RICHARD A. FULFORD, individually, and JOSHUA B. FULFORD, individually,<br><br>    Defendants. | Case No. 8:23-1371-CEH-MRM |

## NOTICE OF RESOLUTION

Plaintiffs BRENDIN SCHRADER, BRANDON HARTWICK, ZACHARY HERLACHE, TYLER PAPALE, and GEOFFREY STARNES, by and through their counsel and pursuant to Local Rule 3.09(a), hereby give notice that the parties have reached a negotiated resolution of this matter. The agreement between the parties provides for dismissal of the lawsuit, with prejudice. The parties are in the process of preparing and finalizing a writing reflecting their agreement and, after execution of that writing, a notice of dismissal with prejudice will be filed with the Court.

Respectfully submitted,

*s/ R. Michael Pierro, Jr.*
R. MICHAEL PIERRO, JR.
Florida Bar No. 0013023
BRIAN CALCIANO
Florida Bar No. 108879
*Trial Counsel for Plaintiff*

**CALCIANO PIERRO, PLLC**
146 Second Street North – Suite 304
St. Petersburg, Florida 33701
(727) 201-2573
mike@flemploymentlaw.com
brian@flemploymentlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ R. Michael Pierro, Jr.*
ATTORNEY