UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDIN SCHRADER, BRANDON
HARTWICK, ZACHARY
HERLACHE, TYLER PAPALE and
GEOFFREY STARNES,

    Plaintiffs,

v.                                          Case No: 8:23-cv-1371-CEH-UAM

ALL FLORIDA
WEATHERPROOFING
INCORPORATED, ALL FLORIDA
WEATHERPROOFING &
CONSTRUCTION
INCORPORATED, RICHARD A.
FULFORD and JOSHUA B.
FULFORD,

    Defendants.

**ORDER**

This matter comes before the Court on Plaintiffs' Notice of Settlement (Doc. 32), which states that the parties have resolved the claims in this action. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 27, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties