UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDIN SCHRADER, *et al.*,

    Plaintiffs,

v.                                            Case No: 8:23-cv-1371-CEH-UAM

ALL FLORIDA
WEATHERPROOFING
INCORPORATED, *et al.*,

    Defendants.

_____

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 35).  In it, the parties indicate that the matter has been resolved in its entirety, and that Plaintiffs were paid in full, without compromise.  In accord with the Joint Stipulation of Dismissal With Prejudice, it is therefore **ORDERED**:

1) This cause is dismissed, with prejudice.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on October 11, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties